# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Lamar Lee Green,<br><br>　　　　Defendant. | No. CR-23-01714-001-TUC-JGZ (MSA)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation by United States Magistrate Judge Maria S. Aguilera recommending that the Court find Defendant Lamar Lee Green violated standard condition 13, special condition 1, and special condition 4, as set forth in Allegations A, B, and C of the petition to revoke. (Doc. 42.) The parties have not filed any objections and the time to file objections has expired.

Having reviewed the Magistrate Judge's Report, the Court will adopt the recommendation.

IT IS ORDERED:

1. Magistrate Judge Aguilera's Report and Recommendation (Doc. 60) is ADOPTED;
2. The U.S. Probation Office is directed to prepare a disposition report.

//
//
//

3. The Final Disposition Hearing IS SET FOR Friday, December 13, 2024, at 9:00 a.m. before this Court.

Dated this 14th day of November, 2024.

_____
Jennifer G. Zipps
Chief United States District Judge